IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**STEVE MORALES**                                                         **PLAINTIFF**

v.                                                   CIVIL ACTION NO. 1:23-cv-205-TBM-RPM

**HANCOCK COUNTY** *et al.*                                        **DEFENDANTS**

### ORDER

This matter came before the Court on the Motion for Judgment on the Pleadings [10] filed by Defendant Colin Ladner on December 22, 2023, and the Motion for Judgment on the Pleadings [12] filed by Defendant Hancock County Sheriff's Department on December 22, 2023. At the hearing on the Motions conducted on May 17, 2024, the Court, having considered the pleadings, the record, the oral arguments of the parties, and the relevant legal authority, announced on the record its detailed findings and conclusions. The Court concluded that the Motion [10] is DENIED and the Motion [12] is GRANTED.

IT IS THEREFORE ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on May 17, 2024, Defendant Colin Ladner's Motion for Judgment on the Pleadings [10] is DENIED.

IT IS FURTHER ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on May 17, 2024, Defendant Hancock County Sheriff's Department's Motion for Judgment on the Pleadings [12] is GRANTED.

This, the 20th day of May, 2024.

                                                         _____
                                                         TAYLOR B. McNEEL
                                                         UNITED STATES DISTRICT JUDGE